

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00652-CR

Emilio Rene **MARTINEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 13-CRD-90
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The State has filed a motion for a sixty day extension of time to file its appellee's brief. We **grant** the motion. We **order** appellee's brief due  **April 28, 2015**.  Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court